IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Edward, Terry Jay | Case Number: 06 B 08120 |
| | Judge: Wedoff, Eugene R |
| Printed: 2/5/08 | Filed: 7/10/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 20, 2007
Confirmed: October 26, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 10,673.10 | |
| Secured: | | 8,070.99 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,064.50 |
| Trustee Fee: | | 537.61 |
| Other Funds: | | 0.00 |
| Totals: | 10,673.10 | 10,673.10 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,064.50 | 2,064.50 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 5. | BNC Mortgage | Secured | 0.00 | 0.00 |
| 6. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 7. | Americas Servicing | Secured | 0.00 | 0.00 |
| 8. | HomeComings Financial Network | Secured | 745.36 | 159.71 |
| 9. | America's Servicing Co | Secured | 10,051.78 | 2,153.89 |
| 10. | Litton Loan Servicing | Secured | 1,427.23 | 305.82 |
| 11. | Chase Home Finance | Secured | 4,937.54 | 1,058.00 |
| 12. | HomeComings Financial Network | Secured | 20,214.75 | 4,331.56 |
| 13. | BNC Mortgage | Secured | 164.89 | 62.01 |
| 14. | Credit First | Unsecured | 492.14 | 0.00 |
| 15. | B-Real LLC | Unsecured | 3,202.48 | 0.00 |
| 16. | Illiana Financial Credit Union | Unsecured | 652.49 | 0.00 |
| 17. | B-Real LLC | Unsecured | 2,153.49 | 0.00 |
| 18. | Vicki Stanback | Secured | | No Claim Filed |
| 19. | Social Security Administration | Unsecured | | No Claim Filed |
| 20. | Citibank | Unsecured | | No Claim Filed |
| 21. | Citibank | Unsecured | | No Claim Filed |
| 22. | Nicor Gas | Unsecured | | No Claim Filed |
| | | | $ 46,106.65 | $ 10,135.49 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Edward, Terry Jay | Case Number:  06 B 08120 |
| | Judge:  Wedoff, Eugene R |
| Printed:  2/5/08 | Filed:  7/10/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 309.93 |
| 5.4% | 227.68 |
| | _____ |
| | $ 537.61 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

